

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 28, 2021

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Joseph Santoro & Melodie Montefusco*, 21 Mag. 4540**

Dear Judge Smith:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 21 Mag. 4540, and related arrest warrant and writ for Defendants Joseph Santoro and Melodie Montefusco, as I have been advised that the Defendants have been arrested.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By: _____
    Shiva H. Logarajah
    Assistant United States Attorney
    Tel: (914) 993-1918

SO ORDERED:

*[signature: Andrew Krause]*
_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE