UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Joseph Santoro

                                       Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Mag 4540 (UA  )

Defendant **Joseph Santoro** hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

____   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Bail/Detention Hearing

____   Conference Before a Judicial Officer

Joseph Santoro by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Joseph Santoro
Print Defendant's Name

*Susanne Brody*
Defendant's Counsel's Signature

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April 28, 2021
Date

*Andrew Krause*
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York